FILED

MAY 2 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLENN LEE SELDEN,          )
                          )
        Plaintiff,         )
                          )
    v.                     )          Civil Action No. 11-0733
                          )
TERRYN H. BENNET, *et al.*, )
                          )
        Defendants.        )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). Although the plaintiff has submitted additional papers, including several exhibits related to his Florida conviction, to date, he has not submitted the required financial information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

DATE: 5/25/11

_____
United States District Judge